# MINUTE ORDER

Page 8

## Magistrate Judge Ellen F. D'Angelo

King Building Courtroom 10-4     Date: 4/11/25     Time: 2:00 p.m.

Defendant: Jose Ezequiel Gamez-Maravilla   J#: 65678-511   Case #: 25-CR-20102-RUIZ/LOUIS

AUSA: Brian Dobbins     Attorney:

Violation: Murder in Aid of Racketeering

Surr/Arrest Date: 03/10/25   YOB: 1995

Proceeding: Initial Appearance     CJA Appt: Roger Cabrera

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: Pretrial Detention - TEMP

Bond Set at:       Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant sworn and advised of rights. Defendant's Ore Tenus request for appointment of counsel – Granted. CJA appointed. Government's Ore Tenus request for PTD Hearing – Granted.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing: 4/17/25 @ 10 am MIAMI DUTY

Prelim/Arraign or Removal: 4/17/25 @ 10 am MIAMI DUTY

Status Conference RE:

D.A.R. 15:22:59     Time in Court: 6 mins

s/Ellen F. D'Angelo     Magistrate Judge