# COURT MINUTES

Page 3

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**   Date: 4/17/2025   Time: 10:00 a.m.

| | |
|---|---|
| Defendant: Jose Ezequiel Gamez- Maravilla | J#: 65678-511   Case #: 25-20102-CR-LOUIS |
| AUSA: Brian Dobbins | Attorney: Roger DeJesus Cabrera (CJA) |

Violation: Murder in Aid of Racketeering

Proceeding: Pretrial Detention/ Arraignment   CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

Bond Set at: STIP Pretrial Detention w/right to revisit   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

Disposition:
**Brady Order given.**
**\*\*Defandant Arraigned\*\***
Defense Ore Tenus motion to enter Standard Discovery Order – **GRANTED**.
*Parties **STIP** to PTD w/Right to Revisit.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **10:23:06**   Time in Court: **3 mins**