UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-20102-RAR

**UNITED STATES OF AMERICA**

    **Plaintiff,**

vs.

**JOSE EZEQUIEL GAMEZ-MARAVILLA, ET AL.,**

    **Defendants.**

_____/

**NOTICE OF APPEARANCE**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned will appear as counsel on the above captioned case.

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:  /s/ *Elena Smukler*
    Elena Smukler
    Assistant United States Attorney
    Florida Bar No. 91025
    99 N.E. 4th Street, Suite 500
    Miami, FL 33132-2111
    Telephone: (305) 961-9444
    Email: Elena.Smukler@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 7, 2025,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                              By:    */s/ Elena Smukler*
                                           Elena Smukler
                                           Assistant United States Attorney