UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cr-20102-RAR

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOSE EZEQUIEL GAMEZ-MARAVILLA,

    Defendant.
_____/

## CERTIFICATION OF CRISTINA BORDÉ

    Cristina Bordé, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of Wisconsin; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                                            ***/s/ Cristina Bordé***
                                                                                                        Cristina Bordé
                                                                                                        WI Bar # 1096060
                                                                                                        Law Office of Cristina Bordé
                                                                                                        33 E. Main St., Suite 400
                                                                                                        Madison, WI 53703
                                                                                                        Tel: 608-620-3307