**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cr-20102-RAR**

UNITED STATES OF AMERICA

     Plaintiff,

v.

JOSE EZEQUIEL GAMEZ-MARAVILLA,

     Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE* AND WAIVER OF ADMISSION FEE,**
**CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* and waiver of admission fee for Cristina Bordé, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

     ORDERED AND ADJUDGED that:

     The Motion is GRANTED.  Cristina Bordé, Esq., may appear and participate in this action on behalf of JOSE EZEQUIEL GAMEZ-MARAVILLA.  The Clerk shall provide electronic notification of all electronic filings to Cristina Bordé at cristinaborde@gmail.com.  The Court also waives any *Pro Hac Vice* admission fee that is normally due under the District Court's Administrative Order 2024-91.

     DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record