UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20102-RAR(1)

**UNITED STATES OF AMERICA**

vs.

**JOSE EZEQUIEL GAMEZ-MARAVILLA,**

   Defendant.
_____/

**SEALED ORDER GRANTING MOTION TO SEAL**

**THIS CAUSE** is before the Court on the Sealed Motion to Seal Motion for Mitigation Specialist and Paralegals to Travel, [ECF No. 66] ("Motion").  The Court having carefully considered the Motion, the pertinent portions of the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The Motion, [ECF No. 66]; the Sealed Motion for Authorization for Mitigation Specialist and Paralegals to Travel, [ECF No. 67]; and this Order are all hereby **SEALED** and shall remain under seal until further order of the Court.

**DONE AND ORDERED** in Miami, Florida this 27th day of June, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**