**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 25-cr-20102-RAR

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOSE EZEQUIEL GAMEZ-MARAVILLA,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jeffrey Lyn Ertel of the Mendelsohn Ertel Law Group, LLC, 101 Marietta Street, NW, Suite 3325, Atlanta, GA 30303, Tel: 404-885-8878, email: jeffrey@tmelg.com, for purposes of appearance as Learned Counsel and co-counsel on behalf of JOSE EZEQUIEL GAMEZ-MARAVILLA in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jeffrey Lyn Ertel to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jeffrey Lyn Ertel is not admitted to practice in the Southern District of Florida and is a member in good standing in the State of Georgia.

    2.    Movant, Roger de Jesus Cabrera, Esquire, of the law firm of Roger Cabrera, PA, Wells Fargo Center, 333 SE 2nd Avenue, Suite 2000, Miami, FL 33131, Tel. 305-823-8383 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in

compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  Jeffrey Lyn Ertel, Esq., by and through designated counsel hereby requests that, pursuant to his appointment as Learned Counsel in this death-eligible case under the Criminal Justice Act (CJA) of 1964, as amended, 18 U.S.C. § 3006A, the Court waive the *Pro Hac Vice* admission fee due under this District Court's Administrative Order 2024-91. Furthermore, in accordance with the local rules of this Court, a certification, per Rule 4(b), is attached hereto.

4.  Jeffrey Lyn Ertel, Esq., by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jeffrey Lyn Ertel at email address: jeffrey@tmelg.com.

WHEREFORE, Roger de Jesus Cabrera, moves this Honorable Court to enter an Order allowing Jeffrey Lyn Ertel, Esq. to appear before this Court on behalf of JOSE EZEQUIEL GAMEZ-MARAVILLA, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jeffrey Lyn Ertel.

Date: August 27, 2025            Respectfully submitted,

ROGER CABRERA, P.A.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131
Telephone:   (305) 823-8383
Facsimile:    (305) 675-7970
Email:         roger@cabrera.legal

   */s/ Roger Cabrera*
ROGER CABRERA, ESQ.
Florida Bar No. 0148740

*Attorney for JOSE EZEQUIEL GAMEZ-MARAVILLA*