**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 25-cr-20102-RAR

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOSE EZEQUIEL GAMEZ-MARAVILLA,

    Defendant.

_____/

**CERTIFICATION OF JEFFREY LYN ERTEL**

Jeffrey Lyn Ertel, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the State Bar of Georgia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                          */s/ Jeffrey Lyn Ertel*

                                                                          Jeffrey Lyn Ertel
                                                                          GA Bar # 1096060
                                                                          The Mendelsohn Ertel Law Group, LLC
                                                                          101 Marietta Street, NW
                                                                          Atlanta, GA 30303
                                                                          Tel: 404-885-8878