UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cr-20102-RAR

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOSE EZEQUIEL GAMEZ-MARAVILLA,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE* AND WAIVER OF ADMISSION FEE,**
**CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* and waiver of admission fee for Jeffrey Lyn Erte, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Jeffrey Lyn Ertel, Esq., may appear and participate in this action on behalf of JOSE EZEQUIEL GAMEZ-MARAVILLA. The Clerk shall provide electronic notification of all electronic filings to Jeffrey Lyn Ertel at jeffrey@tmelg.com. The Court also waives any *Pro Hac Vice* admission fee that is normally due under the District Court's Administrative Order 2024-91.

    DONE AND ORDERED in Chambers at _____, Florida, this _____ day of September 2025.

                                                           _____
                                                           United States District Judge

Copies furnished to: All Counsel of Record