**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No:** 1:25-cr-20102-RAR-1

UNITED STATES OF AMERICA

v.

JOSE EZEQUIEL GAMEZ-MARAVILLA,

    Defendant.

_____/

**ORDER GRANTING**
**UNOPPOSED EMERGENCY MOTION TO STAY PROCEEDINGS**

    THIS CAUSE came before the Court on the DE [   ] Unopposed Emergency Motion to

Stay Proceedings filed by Defendant JOSE EZEQUIEL GAMEZ-MARAVILLA; and the Court

having reviewed said Motion and being otherwise duly advised in the premises, it is upon

consideration,

    ORDERED AND ADJUDGED that the motion is GRANTED.

    This case is stayed until _____.

    DONE AND ORDERED in the Southern District of Florida on _____, 2025.


                               _____

                               HON. RODOLFO A. RUIZ II
                               UNITED STATES DISTRICT JUDGE


Copies furnished to:   all counsel of record