UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cr-20102-RAR

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOSE EZEQUIEL GAMEZ-MARAVILLA,

    Defendant.
_____/

## NOTICE OF STRIKING FILINGS

COMES NOW the Defendant, JOSE EZEQUIEL GAMEZ-MARAVILLA, by and through undersigned counsel, and pursuant to the Clerk's Notice of Docket Correction (DE 123), hereby files this Notice of Striking the following filings:

1. DE 121 – Ex Parte Motion for Authorization for Paralegal Travel

2. DE 122 – Motion to Seal Ex Parte Motion for Authorization for Paralegal Travel

These motions were electronically filed using undersigned counsel's CM/ECF credentials; however, the signature block reflected only co-counsel. Because the filing attorney must match the signature block pursuant to Local Rule 5.1 and the CM/ECF Administrative Procedures, the filings are being withdrawn.

Defendant will promptly refile corrected versions of the motions reflecting the appropriate signature block.

Respectfully submitted,

ROGER CABRERA, P.A.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131
Telephone:          (305) 823-8383
Facsimile:    (305) 675-7970
Email:         roger@cabrera.legal

   */s/ Roger Cabrera*
ROGER CABRERA, ESQ.
Florida Bar No. 0148740

*Attorney for JOSE EZEQUIEL GAMEZ-MARAVILLA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th day of March 2026, a true and correct copy of the foregoing was uploaded via the CM / ECF case filing system and thereby delivered to all parties and counsel of record.

   *s/ Roger Cabrera*
ROGER CABRERA, ESQ