UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20102-RAR(1)

UNITED STATES OF AMERICA

vs.

**JOSE EZEQUIEL GAMEZ-MARAVILLA,**

    Defendant.
_____/

## ORDER GRANTING MOTION TO SEAL

**THIS CAUSE** is before the Court on the Motion to Seal *Ex Parte* Motion for Authorization for Paralegal Travel, [ECF No. 126] ("Motion"). The Court having carefully considered the Motion, the pertinent portions of the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant is permitted to file his *Ex Parte* Motion for Authorization for Paralegal Travel, [ECF No. 125], under seal. The Clerk shall maintain the *Ex Parte* Motion and any Order associated with the *Ex Parte* Motion under seal until further Order of the Court. The Motion to Seal and this Order shall not be sealed.

**DONE AND ORDERED** in Miami, Florida this 13th day of March, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**