UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 25-CR-20102-RAR |
| JOSE GAMEZ-MARAVILLA | : | |
| _____ | : | |

**NOTICE OF COMPLIANCE**

Comes now, JOSE EZEQUIEL GAMEZ-MARAVKILLA, Defendant in the above-styled action, by and through undersigned counsel and hereby gives this Court notice that, on this the 22nd day of June, 2026, he has complied with the Court's directive to submit his presentation to the Department of Justice as to why the death penalty should not be sought.

Dated, this 22nd day of June, 2026.

Respectfully Submitted,

The Mendelsohn Ertel Law Group, LLC        ROGER CABRERA, P.A.
101 Marietta Street, NW                                 Wells Fargo Center
Atlanta, GA 30303                                         333 SE 2nd Avenue, Suite 2000
Tel: 404-885-8878                                          Miami, Florida 33131
Email:        jeffrey@tmelg.com                       Email:        roger@cabrera.legal


   */s/ Jeffrey Lyn Ertel*                                 */s/Roger Cabrera*
JEFFREY LYN ERTEL                               ROGER CABRERA, ESQ.
GA Bar # 249966                                      Florida Bar No. 0148740


*Attorneys for JOSE EZEQUIEL GAMEZ-MARAVILLA*